**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ALPHONSO STEWART,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:15-CV-158 (MTT)** |
| | ) | |
| **WARDEN, Washington State Prison,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**ORDER**

United States Magistrate Judge Stephen Hyles recommends granting the

Respondent's motion to dismiss the Petitioner's Section 2254 habeas petition as

untimely.  (Docs. 16, 22).  The Magistrate Judge also recommends that the Court deny

a certificate of appealability.  The Petitioner has objected to the Recommendation.

(Doc. 23).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Petitioner's

objection and has made a de novo determination of the portions of the

Recommendation to which the Petitioner objects.

The Court has reviewed the Recommendation and accepts the findings,

conclusions, and recommendations of the Magistrate Judge.  The Recommendation is

**ADOPTED** and made the order of this Court.  Accordingly, the Respondent's motion to

dismiss (Doc. 16) is **GRANTED**, and the petition is **DISMISSED**, and a certificate of

appealability is **DENIED**.  Additionally, because there are no non-frivolous issues to

raise on appeal, an appeal would not be taken in good faith.  *See* 28 U.S.C.

-2-

§ 1915(a)(3).  Accordingly, any motion to proceed *in forma pauperis* on appeal is

**DENIED**.

   **SO ORDERED**, this 1st day of June, 2016.

           <u>S/ Marc T. Treadwell</u>
           MARC T. TREADWELL, JUDGE
           UNITED STATES DISTRICT COURT